## WHITESIDES *v.* FRANKLIN COLLEGE.

From the Johnson Circuit Court.

*S. P. Oyler* and *D. Howe,* for appellant.

*G. M. Overstreet, A. B. Hunter* and *T. W. Woollen,* for appellee.

BIDDLE, J.—This case is, in all respects, similar to the case of *Vawter* v. *The Franklin College,* decided at the present term, *ante,* p. 88.

The judgment is therefore affirmed, with costs and ten per cent. damages.